


# GOBIERNO DEL ESTADO DE TAMAULIPAS
## REGISTRO CIVIL

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE TAMAULIPAS, CERTIFICO QUE EN LA OFICIALIA 2da. DEL REGISTRO CIVIL EN H. MATAMOROS OBRA ASENTADA UNA ACTA DE NACIMIENTO QUE CONTIENE LOS SIGUIENTES DATOS:

# ACTA DE NACIMIENTO

OFICIALIA: 2   LIBRO No. 6   ACTA No. 1050
FECHA DE REGISTRO: 15/03/1993   LUGAR DEL REGISTRO: H. MATAMOROS, TAMAULIPAS

CURP: =====   CRIP: 280220293010501

NOMBRE: JORGE ANTONIO GUERRA QUEZADA   SEXO: MASCULINO
FECHA DE NACIMIENTO: 15/02/1993   HORA DE NACIMIENTO: 05:00
LUGAR DE NACIMIENTO: HEROICA MATAMOROS, TAMAULIPAS.
CERTIFICADO NACIMIENTO: =====   COMPARECIO: AMBOS   PRESENTADO: VIVO

NOMBRE DEL PADRE: JORGE GUERRA VAZQUEZ   NACIONALIDAD: MEXICANA
DOMICILIO HABITUAL: CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. 0   EDAD: 20 AÑOS

NOMBRE DE LA MADRE: MARIA GUADALUPE QUEZADA ARGUIJO   NACIONALIDAD: MEXICANA
DOMICILIO HABITUAL: CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. 0   EDAD: 18 AÑOS

ABUELO PATERNO: ANTONIO GUERRA RODRIGUEZ   NACIONALIDAD: MEXICANA
ABUELA PATERNA: PAULA VAZQUEZ BELMARES   NACIONALIDAD: MEXICANA
ABUELO MATERNO: GUADALUPE QUEZADA BECERRA   NACIONALIDAD: MEXICANA
ABUELA MATERNA: ESTHER ARGUIJO SANCHEZ   NACIONALIDAD: MEXICANA

TESTIGO: MARIO NEVAREZ   EDAD: 36 AÑOS   NACIONALIDAD: MEXICANA
TESTIGO: OSCAR MARTINEZ   EDAD: 39 AÑOS   NACIONALIDAD: MEXICANA

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO:
NOMBRE: ==========   EDAD: ==   NACIONALIDAD: =====
DOMICILIO: ==========   PARENTESCO: =====

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO 31 DEL CODIGO CIVIL VIGENTE DEL ESTADO DE TAMAULIPAS, EN H. MATAMOROS A LOS 28 DIAS DEL MES DE JUNIO DEL 2002 DOY FE.

OFICIAL 2o. DEL REGISTRO CIVIL
PROFR. GILBERTO CANTU PEREZ

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL



OFICIALIA 2°
REGISTRO CIVIL
H. Matamoros, Tam.

COTEJO   COSTO $18.00   286-98 RAG   **Plaintiff's Exhibit "A"**   FOLIO 0421550

# GOVERNMENT OF THE STATE OF TAMAULIPAS

## CIVIL REGISTRY

*IN THE NAME OF THE FREE AND SOVEREIGN STATE OF TAMAULIPAS, I CERTIFY THAT IN 2nd OFFICE OF THE CIVIL REGISTRY IN H. MATAMOROS THERE IS A BIRTH CERTIFICATE WHICH CONTAINS THE FOLLOWING DATA:*

## BIRTH CERTIFICATE

OFFICE: **2**     BOOK No.: **6**     CERTIFICATE No.: **1050**
REGISTRY DATE: **15/03/1993**     PLACE OF REGISTRY: **H. MATAMOROS, TAMAULIPAS**

CURP: **=========**     CRIP: **280220293010501**

NAME: **JORGE ANTONIO GUERRA QUEZADA**     GENDER: **MALE**
DATE OF BIRTH: **15/02/1993**     TIME OF BIRTH: 05:00
PLACE OF BIRTH: **HEROICA MATAMOROS, TAMAULIPAS**
BIRTH CERTIFICATE: **= = = = = =**     APPEARED: **BOTH**     PRESENTED: **ALIVE**

NAME OF FATHER: **JORGE GUERRA VAZQUEZ**     NATIONALITY: **MEXICAN**
CURRENT ADDRESS: **CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. O**     AGE: **20** YEARS
NAME OF MOTHER: **MARIA GUADALUPE QUEZADA ARGUIJO**     NATIONALITY: **MEXICAN**
CURRENT ADDRESS: **CALLEJON 10 # 33 COL. NACIONES UNIDAS Y CANALES CP. O**     AGE: **18** YEARS

PATERNAL GRANDFATHER: **ANTONIO GUERRA RODRIGUEZ**     NATIONALITY: **MEXICAN**
PATERNAL GRANDMOTHER: **PAULA VAZQUEZ BELMARES**     NATIONALITY: **MEXICAN**
MATERNAL GRANDFATHER: **GUADALUPE QUEZADA BECERRA**     NATIONALITY: **MEXICAN**
MATERNAL GRANDMOTHER: **ESTHER ARGUIJO SANCHEZ**     NATIONALITY: **MEXICAN**

WITNESS: **MARIO NEVAREZ**     AGE: **36** YEARS     NATIONALITY: **MEXICAN**
WITNESS: **OSCAR MARTINEZ**     AGE: **39** YEARS     NATIONALITY: **MEXICAN**

**PERSON OTHER THAN PARENTS THAT PRESENTS THE REGISTERED:**

NAME: **========**     AGE:**==**     NATIONALITY: **======**
ADDRESS: **========**     RELATIONSHIP: **=======**

THIS CERTIFICATE IS ISSUED ACCORDING TO ARTICLE 31 OF THE CIVIL CODE IN THE STATE OF TAMAULIPAS, IN H. MATAMOROS ON JUNE 28, 2002. I ATTEST.

STAMP OF THE CIVIL REGISTRY

OFFICER 1 OF THE CIVIL REGISTRY

*GILBERTO CANTU PEREZ*

FOLIO **0421550**

Plaintiff's Exhibit "A"

# CERTIFICATE OF TRANSLATION

I, Alexa Romero Rossoni, am competent to translate from Spanish to English, and certify that the translation of "Birth Certificate of Jorge Antonio Guerra Quezada" is true and accurate to the best of my abilities.

*Alexa [signature]*

_____

Alexa Romero Rossoni

Av. Sta Fe 105

Santiago de Querétaro, México

Plaintiff's Exhibit "A"