IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| JORGE ANTONIO GUERRA QUEZADA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Civil Action No. 3:24-CV-00564-L |

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case and their attorney(s), the undersigned is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Certificate of Interested Persons – Page 1

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Sarah E. Delaney*
Sarah E. Delaney
Arizona Bar No. 031722
Emily H. Owen
Texas Bar No. 24116865
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8600
Facsimile:    214-659-8807
sarah.delaney@usdoj.gov
emily.owen@usdoj.gov

Attorneys for Defendants United States of America, Secretary of Homeland Security Alejandro Mayorkas (in his official capacity), Deputy Director and Senior Official Performing the Duties of Director of U.S. Immigration and Customs Enforcement Patrick J. Lechleitner (in his official capacity), and Attorney General Merrick Garland (in his official capacity)

## CERTIFICATE OF SERVICE

On May 9, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Sarah E. Delaney*
Sarah E. Delaney
Assistant United States Attorney