IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JORGE ANTONIO GUERRA QUEZADA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:24-CV-564-L** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| **et. al.,** | § | |
| Defendants. | § | |

## JUDGMENT

This judgment is issued pursuant to the court's order, dated February 14, 2025. It is, therefore, **ordered, adjudged, and decreed** that Plaintiff Jorge Antonio Guerra Quezada ("Plaintiff") cause of action against Defendants United States of America; Alejandro Mayorkas, Former Secretary of Homeland Security; Tae Johnson, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); Merrick Garland, Former U.S. Attorney General; and ICE Officer John Doe(s), in their various official capacities, is **dismissed without prejudice**. It is further, **ordered, adjudged, and decreed** that all reasonable and necessary costs of court are taxed against Plaintiff.

**Signed** this 14th day of February, 2025.

Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**